UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LEYB FLIKSHTEYN and
ZEMFIRA FLIKSHTEYN,

        Plaintiff(s),

                                        Case No.  11-12164

vs.

                                        HON.  GEORGE CARAM STEEH

CITIMORTGAGE INC,

        Defendant(s).
_____/

## ORDER DISMISSING SHOW CAUSE

This Court previously issued an order requiring plaintiffs to show cause why this matter should not be dismissed for lack of subject matter jurisdiction.  On June 27, 2011, plaintiffs filed a response, which established that pursuant to 12 U.S.C. § 2614 the court has federal question jurisdiction over Counts IV and V and pursuant to 28 U.S.C. § 1367 the Court has supplemental jurisdictional over all remaining counts as they form part of the same case or controversy under Article III of the U.S. Constitution.

The Court is now satisfied that subject matter jurisdiction exists.  The Court's order to show cause is therefore DISMISSED.

                                        S/George Caram Steeh
                                        GEORGE CARAM STEEH
                                        UNITED STATES DISTRICT JUDGE

Dated:  July 18, 2011

## CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record on July 18, 2011, by electronic  mail.

                                        S/Marcia Beauchemin
                                        Deputy Clerk